IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAQUEISHA WINTRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-585-CFC-EGT |
| | ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this Twenty-eighth Day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 4, 2026 (D.I. 13), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 13) is **ADOPTED**.

2. Plaintiff's motion for summary judgment (D.I. 9) is **GRANTED** and the Commissioner's cross-motion for summary judgment (D.I. 11) is **DENIED**.

3. The case is **REMANDED** for further proceedings consistent with the Magistrate Judge's August 4, 2026 Report and Recommendation (D.I. 13).

4. The case is hereby **CLOSED** on the Court's docket.

Chief Judge